**2007–1827.   State v. Lothes.**
Portage App. No. 2006–P–0086, 2007-Ohio-4266. This cause is pending before the court as an appeal from the Court of Appeals for Portage County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.